# MEMORANDUM

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JAN 10 2012 ★

LONG ISLAND OFFICE

| | |
|---|---|
| DATE: | January 5, 2012 |
| TO: | Honorable Joseph F. Bianco<br>United States District Judge |
| RE: | PATEL, Monish<br>Docket No.: 11-CR-581 |

**Request for Modification of Release Conditions**

Reference is made to the above-named defendant, who made his initial appearance on July 21, 2011, before Magistrate Judge A. Kathleen Tomlinson, on the charge of Attempt and Conspiracy to Commit Fraud, in violation of 18 USC 1349. A temporary order of detention was entered, and a bail hearing was scheduled on July 22, 2011. On July 22, 2011, the defendant appeared before Your Honor for a detention hearing, at which time a permanent order of detention was entered. On August 23, 2011, a bail hearing was held before Your Honor, and Mr. Patel was released on a $250,000 secured bond, with the following conditions: (1) Surrender passport / shall not apply; and (2) Report to Pretrial Services as directed. On November 16, 2011, the defendant pled guilty before Your Honor and is currently awaiting sentencing.

On December 12, 2011, Mr. Patel conducted his presentence interview with the Probation Department and submitted to an illicit drug screening, which returned a positive for marijuana. During the interview, the defendant advised the Probation Department of recent marijuana use. The defendant has reported to Pretrial since he tested positive for marijuana and was admonished by this writer for his admitted marijuana use. He was told to refrain from any additional illicit substance use, as it may result in the revocation of his bond. Further, the defendant was informed this writer will request a modification of his release conditions in order to include random drug testing / evaluation / treatment, if deemed necessary.

In order to ensure the defendant is not abusing illegal substances, Pretrial Services respectfully recommends his release conditions be modified in order to include random drug testing. If Your Honor agrees with our recommendation, attached is an order for your convenience.

Prepared by: _____
Robert Stehle
U.S. Pretrial Services Officer

Approved by: _____
Patrick Mancini
Supervising Pretrial Services Officer

RE: Patel, Monish
Docket No.: 11-CR-581

IT IS THE ORDER OF THE COURT THAT:

☒ The defendant's conditions of release be modified to include random drug testing/evaluation/treatment, if deemed necessary.

☐ No action with regard to the defendant's condition of release is to take place at this time.

☐ Other: _____

SO ORDERED,

*Judge Joseph F. Bianco*
*District Judge*

Honorable Joseph F. Bianco
U.S. District Judge

1/10/12
Date